45 So.3d 893 (2010)
Kitty Marie VASILOU, Appellant,
v.
Thomas Solon VASILOU, Appellee.
No. 3D09-2806.
District Court of Appeal of Florida, Third District.
September 15, 2010.
Rehearing Denied October 21, 2010.
*894 Jed R. Friedman, Miami, FL, for appellant.
Lowy & Cook and Ronald S. Lowy, Miami, FL, for appellee.
Before RAMIREZ, C.J., and GERSTEN and LAGOA, JJ.
PER CURIAM.
Affirmed. See § 741.30, Fla. Stat. (2010); Jackson v. Echols, 937 So.2d 1247, 1249 (Fla. 3d DCA 2006).